FILED
DEC - 5 2007
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

ANTONIO A. RICHARDSON

Case No. 2:07mj825
Court Date: January 23, 2008

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)-Violation No. N3002824

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 31, 2007, at the Navy Exchange at Naval Station, Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, ANTONIO A. RICHARDSON, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

COUNT TWO
(Misdemeanor)-Violation No. N3002822

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 31, 2007, at Naval Station, Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, ANTONIO A. RICHARDSON, did knowingly and unlawfully possess and use a United

States Armed Forces identification card that was authorized for use by another person.

(In violation of Title 18, United States Code, Section 701.)

                            Respectfully submitted,

                            Chuck Rosenberg
                            United States Attorney

By:    _____
           S. M. Thompson
           Special Assistant U.S. Attorney
           Office of the U.S. Attorney
           100 West Main Street, Suite 8000
           Norfolk, VA  23510
           Ph: (757) 441-6391
           Fax:(757) 441-3205
           Sean.Thompson@usdoj.gov